**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Kenyiatta Jones, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>Radius Global Solutions, LLC, and John Does 1-25,<br><br>                    Defendant. | **Civil Action No.: 3:20-cv-618-SDD-EWD** |

**RADIUS GLOBAL SOLUTIONS, LLC**
**MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT, on a date and time to be set by the Court, defendant, Radius Global Solutions, LLC ("Radius"), shall move for entry of an Order dismissing the complaint filed by plaintiff, Kenyiatta Jones ("plaintiff"), pursuant to FED. R. CIV. P. 12(b)(6). As Radius fully explains in its attached Memorandum in Support of its Motion to Dismiss, plaintiff fails to state a claim upon which relief may be granted and her complaint should be dismissed.

WHEREFORE, defendant, Radius Global Solutions, LLC, at a time and date set by this Court, respectfully moves this Court to dismiss plaintiff's complaint with prejudice.

Dated: November 30, 2020				Respectfully submitted,

						*/s/ Michael Alltmont*_____
						Michael Alltmont (#32318)
						SESSIONS, ISRAEL, & SHARTLE, LLC
						3850 N. Causeway Blvd., Suite 200
						Metairie, LA 70002
						Phone: 504-846-7954
						Fax: 504-828-3737
						Email: malltmont@sessions.legal
						*Counsel for Defendant,*
						*Radius Global Solutions, LLC.*


## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2020, a copy of the foregoing was served via the Court's ECF filing system, to all counsel of record as follows:

> Samuel John Ford
> Hair Shunnarah Trial Attorneys, LLC
> 4621 W. Napoleon Ave.
> Ste. 204
> Metairie, LA 70001
> 504-323-5802
> Fax: 504-613-6351
> Email: ford@hairshunnarah.com

						*/s/ Michael Alltmont*_____
						Michael Alltmont (#32318)
						SESSIONS, ISRAEL, & SHARTLE, LLC
						3850 N. Causeway Blvd., Suite 200
						Metairie, LA 70002
						Phone: 504-846-7954
						Fax: 504-828-3737
						Email: malltmont@sessions.legal
						*Counsel for Defendant,*
						*Radius Global Solutions, LLC.*