UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JONES | CIVIL ACTION |
| VERSUS | 20-618-SDD-EWD |
| RADIUS GLOBAL SOLUTIONS, LLC | |

ORDER

**CONSIDERING** the *Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant are hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement with this Defendant is not consummated.

Signed in Baton Rouge, Louisiana on December 9, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 7.